# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| EDDIE C. RISDAL,<br><br>   Petitioner,<br><br>vs.<br><br>STORY COUNTY, IOWA,<br><br>   Respondent. | No. C05-4098-LRR<br><br>ORDER |

This matter is before the court on the petitioner's application for a writ of habeas corpus. The petitioner submitted such application on August 1, 2005. The petitioner did not pay the statutory filing fee or submit an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $5.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Moreover, this case is clearly related to *Risdal v. Story County*, C05-4063-MWB (N.D. Iowa 2005). In that instance and at least one other instance, the court transferred the petitioner's application for a writ of habeas corpus to the Southern District.[1] The court refuses to do so again. If he wants to proceed, he can file his case in the appropriate court, that is, the district in which his conviction occurred. Accordingly, this action is dismissed. The Clerk's Office is directed to send the petitioner a copy of the order dated May 31, 2005 and filed in *Risdal v. Story County*, C05-4063-

---

[1] With respect to the case just transferred, the court notes the United States District Court for the Southern District, among other things, construed the petitioner's action as a second or successive 28 U.S.C. § 2254 petition and transferred it to the Eighth Circuit Court of Appeals. *See Risdal v. Story County*, C05-0317-JEG (S.D. Iowa 2005).

MWB (N.D. Iowa 2005). The petitioner should read that order very carefully for a thorough explanation of why he should file any application for a writ of habeas corpus in the Southern District.

**IT IS SO ORDERED**.

**DATED** this 3rd day of August, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA